UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVERTA STEWART

                              Plaintiff,

            - against -

METROPOLITAN LIFE INSURANCE
COMPANY
                              Defendant.

**ORDER**

21 Civ. 8092 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, this Court will defer entering a case management plan given the parties' agreement to proceed to mediation. The parties have scheduled mediation for **April 10, 2026**, and will exchange relevant materials on an informal basis prior to that date with a view toward resolving the case.

        The parties are directed to submit a joint letter by **April 17, 2026**, reporting on the results of the April 10, 2026 mediation.

Dated:  New York, New York
       November 12, 2025

                    SO ORDERED.

                    Paul G. Gardephe
                    United States District Judge