UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALVERTA STEWART

Plaintiff,

- against -

METROPOLITAN LIFE INSURANCE COMPANY

Defendant.

**ORDER**

21 Civ. 8092 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, this Court will conduct a status conference on **February 25, 2027 at 10:00 a.m.** The Court will conduct the conference by telephone. The parties are directed to call the dial-in number, 1-855-244-8681, and enter access code 2313 155 6484.

Dated: New York, New York
November 23, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge